

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00146-CV

**IN THE INTEREST OF J.A.M. AND M.J.C.,** Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00682
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, the order of the trial court is
AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal
because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED September 22, 2021.

_____
Beth Watkins, Justice